IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT PATRICK,

    Petitioner,                             No. CIV S-07-0582 GEB GGH P

    vs.

R. K. WONG, Warden,

    Respondent.                          ORDER

_____/

        A joint scheduling statement in this matter was filed on May 18, 2007, pursuant to the court's order, filed April 20, 2007. In their joint statement, the parties set forth, inter alia, that respondent intended to file a motion to dismiss, on grounds of untimeliness, on May 21, 2007. The docket of this case indicates that respondent did so on that date,[1] and noticed the motion for hearing before the undersigned for June 28, 2007, at 10:00 a.m.

        Counsel for petitioner, however, has failed to file any response to the motion. Local Rule 78-230(c) requires that opposition to the motion be filed "not less than fourteen (14) days preceding the noticed (or continued) hearing date." Further, the rule states that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Although it may be that respondent has filed a

---

[1] Respondent lodged documents, some in at least partial support of in his motion, on May 29, 2007.

1

1  motion for which he has not provided all of the supporting documentation, petitioner has failed

2  altogether to comply with the rules of this court and must show cause for the failure (see Local

3  Rule 11-110) at the hearing on the motion.

4          IT IS SO ORDERED.

5  DATED: 6/25/07        /s/ Gregory G. Hollows

6          GREGORY G. HOLLOWS
           UNITED STATES MAGISTRATE JUDGE

7  GGH:009
   patr0582.osc