IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT PATRICK,

    Petitioner,                    2:07-cv-0582-GEB-GGH-P

    vs.

SUSAN HUBBARD, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding with appointed counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 20, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

/////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2008, are adopted in full; and

2. Respondent's motion to dismiss this action on the ground that it was filed beyond the one-year statute of limitations, filed on May 21, 2007 (#10), is denied.

Dated: March 19, 2008

GARLAND E. BURRELL, JR.
United States District Judge