IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT PATRICK,

    Petitioner,                            No. CIV S-07-0582 GEB GGH P

    vs.

SUSAN HUBBARD, Warden,

    Respondent.                       <u>ORDER</u>

_____/

        Respondent's motion to dismiss the petition as untimely was denied by Order, filed on March 20, 2008. On March 18, 2008, petitioner's counsel filed a notice of exhaustion of all claims. This matter currently proceeds on petitioner pro se's original petition. Accordingly, IT IS ORDERED that:

        1. Should petitioner elect to file an amended petition, the amended petition must be filed within 30 days, along with any memorandum of points and authorities; if such an amended petition is filed and served, respondent must file an answer within 30 days thereafter; petitioner must file any reply/traverse, within 30 days of service of respondent's answer.

        2. Should petitioner elect to proceed on the original petition, petitioner's counsel must file any supplemental memorandum of point and authorities within 30 days, after which, respondent must file an answer within 30 days; petitioner must file any reply/traverse, within 30

1  days of service of respondent's answer.

2      3. If petitioner chooses to move for an evidentiary hearing, petitioner must do so
3  at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing,
4  as respondent anticipates opposing any such motion, respondent must file any opposition within
5  30 days of service of the motion, and petitioner must file any reply within 15 days of service of
6  any opposition.

7  DATED: 03/25/08

8         /s/ Gregory G. Hollows

9         GREGORY G. HOLLOWS
       UNITED STATES MAGISTRATE JUDGE

10  GGH:009
patr0582.brf