UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT PATRICK,<br><br>Petitioner,<br><br>vs.<br><br>SUSAN HUBBARD, et al,<br><br>Warden, Respondent. | CIV S-07-00582 GEB GGH<br><br><br>**ORDER GRANTING FIRST EXTENSION OF TIME** |

GOOD CAUSE APPEARING, it is ordered that Petitioner shall have to and include May 23, 2008 to file and serve his First Amended Petition and accompanying memorandum of points and authorities.

Dated: 04/29/08

/s/ Gregory G. Hollows

HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

patr0582.po