UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT PATRICK,<br><br>    Petitioner,<br><br>vs.<br><br>SUSAN HUBBARD, et al,<br><br>    Warden, Respondent. | CIV S-07-00582 GEB GGH<br><br>**ORDER GRANTING FIRST EXTENSION OF TIME** |

GOOD CAUSE APPEARING, it is ordered that Petitioner shall have to and include June 23, 2008 to serve his First Amended Petition.

Dated: 05/28/08    /s/ Gregory G. Hollows

_____
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

patr0582.po2

[Proposed] Order