IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT PATRICK,** | CIV S-07-0582 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **R.K. WONG, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before September 22, 2008.

Dated: 07/30/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

patr0582.eot

[Proposed] Order

1