1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **SCOTT PATRICK,**                              CIV S-07-0582 GEB GGH P

12                                    Petitioner,    **ORDER**

13                v.

14   **R.K. WONG, Warden,**

15                                   Respondent.

16

17          Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's

18   Petitioner for Writ of Habeas Corpus be filed on or before October 22, 2008

19

20   Dated: 09/23/08                       /s/ Gregory G. Hollows
                                            United States Magistrate Judge
21

22   patr0582.eot2

23

24

25

26

27

28

[Proposed] Order

1