1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SCOTT PATRICK, | CIV S-07-00582 GEB GGH |
|---|---|
| Petitioner, | |
| vs. | **ORDER GRANTING FIRST EXTENSION OF TIME** |
| SUSAN HUBBARD, et al, | |
| Warden, Respondent. | |

GOOD CAUSE APPEARING, it is ordered that Petitioner shall have to and include January 20, 2008 to serve his Traverse.

Dated: November 24, 2008        /s/ Gregory G. Hollows

_____
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Patr0582.eot

[Proposed] Order